UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| CASEY P. FULLER, and<br>others similarly situated,<br><br>     *Plaintiff,*<br>v.<br><br>ABERCROMBIE & FITCH STORES,<br>INC., an Ohio Corporation,<br><br>     *Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:04-cv-389<br>*Edgar* |

## **O R D E R**

In accordance with the accompanying memorandum, Abercrombie & Fitch Stores, Inc.'s motion to stay or transfer this action [Doc. No. 9] is **GRANTED**. Based on the existence of a substantially similar, previously filed lawsuit pending in the United States District Court for the Southern District of Ohio, Eastern Division, *Mitchell, et al. v. Abercrombie & Fitch Co., et al.*, Case No. C-2-04-306, this action is **TRANSFERRED** to the United States District Court for the Southern District of Ohio, Eastern Division, pursuant to the first-to-file rule.

SO ORDERED.

ENTER this *31st day of May, 2005*.

                                                    */s/ R. Allan Edgar*
                                                  R. ALLAN EDGAR
                                    CHIEF UNITED STATES DISTRICT JUDGE